UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **CHARLOTTE PETTIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 06-CV-2143 |
| ) | |
| **GARY R. UNDERWOOD, d/b/a** ) | |
| **UNDERWOOD LAW FIRM,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#20) was filed by Magistrate Judge David G. Bernthal in the above cause on October 11, 2006. On October 20, 2006, Defendant, Gary R. Underwood, d/b/a Underwood Law Firm, filed its Objection to Report and Recommendation (#21). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#20). This court agrees that Defendant's Motion to Dismiss (#11) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) Defendant's Motion to Dismiss (#11) is DENIED.

(3) Defendant is allowed twenty-one (21) days to file its answer to Plaintiff's Complaint.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 25th day of October, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE