IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| CHARLOTTE PETTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.  06-CV-2143 |
| ) | |
| GARY R. UNDERWOOD, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

**BEFORE U.S. MAGISTRATE JUDGE BYRON G. CUDMORE:**

Chief Judge Michael P. McCuskey referred the above cause to the undersigned to conduct a hearing on July 12, 2007 and to file a Report and Recommendation concerning the fairness and reasonableness of a final settlement to be entered herein.

As background, Plaintiff filed a motion for settlement (Agreed Motion for Preliminary Approval of Class Action Settlement) on March 21, 2007 (d/e 23). On March 26, 2007, Chief Judge McCuskey entered an Order (d/e 25) of preliminary approval and set July 12, 2007 as the date for a hearing to determine if final approval of the settlement pursuant to Rule 23 should be entered.  On July 3, 2007, Plaintiff filed her Memorandum in Support of Final Approval of Class Action Settlement (d/e 27).  On July 12, 2007, the

undersigned conducted a fairness hearing in open court in Urbana based upon the referral from Chief Judge McCuskey.

The Court was advised by counsel that notices were sent to the 7,660 class members, that 14 opted out, that 704 timely claims were submitted, and 22 late claims were submitted.  Plaintiff and Defendant stated they have no objection if the Court includes the 22 late filed claims into the claimant pool to receive a pro rata share of the distributions.  The undersigned recommends inclusion of the 22 late filers so that a total of 726 claimants receive a distribution.  The monetary terms of the proposed distribution and attorney's fees were discussed.  The undersigned also recommends a finding that the proposed settlement and attorney's fees are fair, reasonable, and adequate.  Defendant's counsel urged the Court to approve final settlement as proposed.

For all of these reasons, the undersigned recommends a finding that the settlement as proposed is fair and reasonable under the dictates of Rule 23, and that Chief Judge McCuskey enter the order attached as d/e 27-5 to Plaintiff's memorandum (d/e 27).

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten (10) working days after service of this Report and Recommendation.  Fed. R. Civ. P. 72(b);  28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of

objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538 (7th Cir. 1986).  See also Local Rule 72.2.

 ENTERED this 13th day of July, 2007.

           s/ Byron G. Cudmore
          _____
            BYRON G. CUDMORE
         UNITED STATES MAGISTRATE JUDGE