E-FILED
Tuesday, 09 October, 2007  12:32:20 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| CHARLOTTE PETTIS, | ) | |
| Plaintiff, | ) | No. 06-2143 |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY R. UNDERWOOD, d/b/a UNDERWOOD LAW FIRM, | ) ) | |
| Defendant. | ) | |

## FINAL APPROVAL ORDER

On March 26, 2007, this Court preliminarily approved the Class Settlement Agreement reached between Plaintiff Charlotte Pettis ("Plaintiff") and the class of persons as defined in the Settlement Agreement ("Class"); and Gary R. Underwood, d/b/a Underwood Law Firm, ("Defendant"). The Court approved a form of notice for mailing to the class. The Court is informed that actual notice was sent by first-class mail to approximately 7,660 Class members (counting couples and other joint persons as a single class member). A total of 1,467 envelopes were returned by the United States Postal Service marked not deliverable with no forwarding addresses available, and 798 envelopes were returned and successfully re-mailed to a forwarding address. Fourteen class members requested exclusion and no objections were filed or received. A total of 704 Class members submitted timely claim forms, and 22 late claim forms were received as of July 2, 2007.

On July 12, 2007, Magistrate Judge Cudmore held a fairness hearing to which Class members, including any with objections, were invited, and on July 13, 2007, entered a Report and Recommendation (#32). Judge Cudmore recommended a finding that the settlement as proposed is fair and reasonable under the dictates of Rule 23, and that this court enter the Order

proposed by Plaintiff approving the settlement. After contacting counsel on October 9, 2007, this court has established that no objections have been filed by any state or federal officials.

IT IS THEREFORE ORDERED THAT:

1. The Report and Recommendation (#32) filed by Judge Cudmore is accepted by this court.

2. The Court finds that the Class covered by the Settlement Agreement, and previously certified by the Court is appropriate under FED. R. CIV. P. 23.

3. The Court finds that the provisions for notice to the Class satisfy the requirements of FED. R. CIV. P. 23 and due process.

4. The Court finds that the settlement is fair and reasonable, and hereby approves the **CLASS SETTLEMENT AGREEMENT** submitted by the parties, including the release and the payment by Defendant of $200 to Plaintiff and $6,200 as the Class recovery. Each Class Member, who submitted a claim form which was timely, as well as the 22 late Claimants submitting a form received by July 2, 2007, shall receive a *pro rata* share of the Class recovery. If any portion of the Class recovery remains as a result of uncashed checks, these remaining funds will be donated in the form of a *cy pres* award in equal amounts to Legal Aid Society of Eastern Missouri, 4232 Forest Park Ave., St Louis, MO 63108. Defendant will also file a satisfaction of judgment for Plaintiff's $2,210.95 debt that was the subject of the challenged collection attempt in this case. The Court further approves payment by Defendant to Class Counsel of $10,000 in attorney's fees and costs.

5. Plaintiff and the Class Members grant Defendant the following release: Plaintiff and each Class Member, their assigns, heirs, successors and personal representatives, not opting out, as of the Effective Date of the Agreement, do hereby release and forever discharge the

Defendant, and its present or former officers, directors, partners, members, principals, insurers, insureds, representatives, employees, agents, attorneys, servants, predecessors, successors, subsidiaries, affiliates, shareholders, and assigns ("Released Parties") of and from all causes of action, suits, claims and demands, whatsoever, known or unknown, in law or in equity, arising out of the allegations made in the actions styled *Pettis v. Gary R. Underwood, d/b/a Underwood Law Firm*, No. 06 C 2143 (C.D.Ill.), under any legal theory.  This release is conditioned on the final approval of the Agreement by the Court and Defendant meeting its obligations therein. Specifically excluded from the release are any claims or defenses arising from the underlying debt.

6. The following individuals have opted out of the settlement, and are hereby excluded from the Agreement: Margie Terry, Carolyn L. Baumann, Michael G. Pierce, Debbie Due, Craig M. Greene, Lester Barr, Donald R. Hendrick, Linda M. Schaefer, Robert L. Schaefer, Jr., Sharon Henderson f/k/a Sharon Williamson, Donald G. Hollenbeck, Sr., Carmel R. Field, Kathy J. Allen, and John Murry.

7. The Court finds the Agreement fair and made in good faith.

8. The Court dismisses the claims of Plaintiff and the Class against Defendant and the Released Parties without prejudice and without costs (other than what has been provided for in the Agreement).

9. The dismissal of this action will be converted to a dismissal with prejudice within six months [April 9, 2008], absent a timely motion by Plaintiff or Defendant.

ENTERED this 9th day of October, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE